USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1385 FRED L. MURRAY, JR., Plaintiff, Appellant, v. TRANS UNION CORPORATION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Stahl,  Circuit Judges. ______________ ____________________ Fred L. Murray on brief pro se. ______________ Mark E. Kogan, Bruce S. Luckman, Marion, Satzberg, Trichon & ______________ _________________ _____________________________ Kogan, P.C. and Robinson & Cole on brief for appellee. ___________ _______________ ____________________ December 3, 1996 ___________________ Per Curiam. Pro se plaintiff Fred L. Murray appeals a __________ ___ __ district court order that granted defendant Trans Union Corporation summary judgment on Murray's complaint for violations of the Fair Credit Reporting Act, 15 U.S.C.  1681e(b) and 1681i(a) and (c), the Equal Credit Opportunity Act, 15 U.S.C. 1691-1691f, and various common law claims. This court has thoroughly reviewed the record and the parties' claims on appeal. We agree that summary judgment was properly entered for the reasons stated in the district court's memorandum and order.1 Accordingly, the judgment of 1 the district court is summarily affirmed. See Local Rule _________ ________ ___ 27.1. Murray's motion for sanctions, motion to compel and continue discovery, and motion to amend district court complaint and add supplemental pleading are denied. ______  ____________________ 1 We add that the record fails to establish a violation of 1 15 U.S.C. 1681i. -2-